THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON MICHAEL HUKILL,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING REQUEST TO TERMINATE SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**<br><br>Case No. 2:17-cr-00514<br><br>District Judge David Nuffer |

Defendant Aaron Michael Hukill filed his second motion requesting early termination of his supervised release ("Second Motion").[1] Mr. Hukill pleaded guilty to 18 U.S.C. § 922(g)(1) for possessing a handgun after being convicted of a crime punishable by imprisonment for a term exceeding one year.[2] He was sentenced to 46 months of imprisonment and 36 months of supervised release.[3] During his supervised release, Mr. Hukill submitted positive tests for marijuana on May 28, 2021; July 8, 2021; and December 30, 2021.[4] Mr. Hukill's supervised released was not revoked for these violations.

On June 6, 2023, Mr. Hukill filed his first motion requesting early termination of supervised release ("First Motion").[5] Mr. Hukill's First Motion was opposed by the United States

---

[1] Second Motion for Early Termination of Supervised Release, docket no. 69, filed December 6, 2023.

[2] Indictment, docket no. 1, at 2, filed September 6, 2017; Judgment in a Criminal Case, docket no. 32, at 1, filed April 4, 2018.

[3] Judgment in a Criminal Case, docket no. 32, at 2-3.

[4] Judgment in a Criminal Case for Revocation of Supervised Release, docket no. 65, at 1-2, filed September 28, 2022.

[5] First Motion for Early Termination of Release, docket no. 66, filed June 6, 2023.

Probation Office and United States Attorney's Office due to Mr. Hukill's past noncompliance.[6] On June 6, 2023, Mr. Hukill's First Motion was denied.[7]

On December 6, 2023, Mr. Hukill filed his second motion requesting early termination of supervised release ("Second Motion").[8] Mr. Hukill's Second Motion is opposed by the United States Probation Office ("Probation Office") and United States Attorney's Office.[9] The Probation Office opposes Mr. Hukill's Second Motion due to his risk category and his history of violence.[10]

However, his supervision is due to expire April 4, 2024, and "[s]ince his most recent admission of non-compliance (18 months ago), the defendant has been compliant with the terms of supervised release."[11] He has been working at Hope Rising, a therapeutic recovery program for a year and, but for his supervision, is eligible for a promotion.[12]

## ORDER

Having considered Probation's Supervision Summary, the Second Motion, the government and Probation's opposition, and the relevant factors for early termination of supervised release:

---

[6] Report on Person Supervised, docket no. 67, filed June 6, 2023.

[7] Order Denying Request to Terminate Supervised Release Prior to Original Expiration Date, docket no. 68, filed June 6, 2023.

[8] Second Motion for Early Termination of Release ("Second Motion"), docket no. 69, filed December 6, 2023.

[9] Second Report on Person Supervised, docket no. 70, at 1, filed January 29, 2024.

[10] *Id*.

[11] *Id.*

[12] Second Motion, docket no. 69, at 1.

IT IS HEREBY ORDERED that Defendant's Second Motion is GRANTED. Defendant's supervised release is terminated.

Signed January 29, 2024.

BY THE COURT

David Nuffer
United States District Judge